■ TAMMY L. KOLZ et al., Appellants, v PHILIP S. RAND et al., Respondents. (Appeal No. 1.) [748 NYS2d 307] —Appeal from an order of Supreme Court, Ontario County (Henry, Jr., J.), entered January 8, 2001, which denied plaintiffs' motion for a new trial on the issue of damages for future pain and suffering.

■ TAMMY L. KOLZ et al., Appellants, v PHILIP S. RAND et al., Respondents. (Appeal No. 2.) [748 NYS2d 307] —Appeal from part of a judgment of Supreme Court, Ontario County (Henry, Jr., J.), entered April 9, 2001, upon a jury verdict rendered in favor of plaintiffs.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Contrary to plaintiffs' contention, we conclude that the award of $1 million for 54 years of future pain and suffering does not deviate materially from what would be reasonable compensation (*see* CPLR 5501 [c]). "It is well settled that the amount of damages to be awarded for personal injuries is primarily a question of fact for the jury" (*Schare v Welsbach Elec. Corp.*, 138 AD2d 477, 478). The jury was entitled to credit evidence concerning the recovery of plaintiff Tammy L. Kolz from her injuries, including testimony that her daily activities are not severely restricted. Present—Pigott, Jr., P.J., Wisner, Scudder, Burns and Gorski, JJ.